FILED
2017 Nov-27 PM 03:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| SEDRIC A. ROBERTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:17-cv-00672-LSC-TMP |
| STACY VOGLE, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on October 27, 2017, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). (Doc. 12 at 15). The magistrate judge further recommended the plaintiff's state law claims be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c). (*Id.*). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b), the plaintiff's federal claims are due to be dismissed without prejudice for failing to state a claim upon which relief can be

granted. Additionally, the plaintiff's state law claims asserted in the complaint are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

A Final Judgment will be entered.

**DONE** AND **ORDERED** ON NOVEMBER 27, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704